UNITED STATED DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KELLY KNIGHT, )<br>)<br>    Plaintiff, )<br>)     **CASE NO: 2:17-cv-00041-JDL**<br>v. )<br>)<br>IOWA COLLEGE ACQUISITION, LLC )<br>d/b/a KAPLAN UNIVERSITY, )<br>)<br>    Defendant. )<br>_____) | |

**STIPULATION OF DISMISSAL**

Plaintiff Kelly Knight and Defendant Iowa College Acquisition, LLC d/b/a Kaplan University, by counsel, hereby stipulate to the dismissal, with prejudice, of this action in its entirety against Defendant.

RESPECTFULLY SUBMITTED,

For Plaintiff

*/s/ James A. Clifford*
James A. Clifford, Esq.
CLIFFORD & CLIFFORD, LLC
62 Portland Road, Suite 37
Kennebunk, Maine 04043
James@cliffordclifford.com
(207) 985-3200

For Defendant

*/s/ Susan N. Eisenberg*
Susan N. Eisenberg, Esq., *pro hac vice*
Cozen O'Connor LLP
200 S. Biscayne Blvd. Suite 4410
Miami, Florida 33131
(305) 704-5941
seisenberg@cozen.com

*Tawny L. Alvarez*
Tawny L. Alvarez, Esq.
Verrill Dana, LLP
One Portland Square
Portland, Maine 04112-0586
(207) 774-4000
talvarez@verrilldana.com

## CERTIFICATE OF SERVICE

    I, James A. Clifford, counsel for Plaintiff Kelly Knight, hereby certify that on November 20, 2017, I filed *this Stipulation of Dismissal* with the Clerk of Court using the CM/ECF system and the Court will provide notification of such filing(s) to all parties of record.

*/s/ James A. Clifford*
James A. Clifford, Esq.